**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| JEANETTE STEPP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 7:09-CV-12-O |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has reviewed the Findings, Conclusions and Recommendation of the United States Magistrate Judge William F. Sanderson, Jr., issued in this case (Doc. # 22), as well as the objections thereto (Doc. # 23). The District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 30th day of October, 2009.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**